# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Bermudez, | No. CV-22-00475-PHX-MHB |
| Plaintiff, | **ORDER** |
| v. | |
| Custom Plumbing of Arizona LLC, et al., | |
| Defendants. | |

Pending before the Court are Defendant Vision Solar Arizona, LLC's ("Vision Solar") Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and Defendants Custom Plumbing of Arizona, LLC, Vincent Hils, and Kim Hils ("Defendants") Motion to Dismiss for Failure to Prosecute. (Docs. 20, 34.) The record indicates that both Vision Solar and Defendants served these documents on Plaintiff at his current address via Federal Express and U.S. Mail.

On March 25, 2022, Plaintiff filed a Complaint alleging a claim for unpaid wages pursuant to the Fair Labor Standards Act, the Arizona Minimum Wage Act, and the Arizona Wage Act. Specifically, Plaintiff claims that Defendants failed to compensate him for the final workweek that Plaintiff worked for Defendants.

On July 5, 2022, Defendants filed an Answer and Counterclaim alleging conversion, theft, and embezzlement. Specifically, Defendants claim that Plaintiff refused to return company property, stole a wallet containing $500 belonging to Defendants, and embezzled $17,000 in cash from Defendants. The record reflects that the Answer and Counterclaim were served on Plaintiff by U.S. Mail. Plaintiff has not filed an Answer to

the Counterclaim, and Defendants filed an Application for Default on September 13, 2022. The record reflects that said Application was served on Plaintiff by U.S. Mail.

On September 12, 2022, Vision Solar filed a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) alleging that there are no allegations made against Vision Solar in the Complaint. As such, Vision Solar contends that dismissal is appropriate since Plaintiff has failed to state a claim upon which relief can be granted. Plaintiff has not responded to Vision Solar's Motion to Dismiss or, otherwise, addressed any of the arguments raised therein.

On November 5, 2022, Defendants filed a Motion to Dismiss for Failure to Prosecute. In their Motion, Defendants claim that Plaintiff has failed to respond to numerous communication attempts, has failed to respond to the Court's Order to Show Cause, and has prohibited the current litigation from moving forward. Due to Plaintiff's failure to prosecute and failure to comply with the Court's orders, Defendants argue that Plaintiff's claims should be dismissed with prejudice. Plaintiff has not responded to Defendants' Motion to Dismiss or, otherwise, addressed any of the arguments raised therein.

The Court will grant Vision Solar and Defendants' Motions. Local Rule of Civil Procedure 7.2(i) provides: "If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, ... such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i); see also Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (providing that the district court did not abuse its discretion in granting the defendants' motion to dismiss pursuant to local rule where the pro se plaintiff had time to respond to the motion but failed to do so).

As indicated, Plaintiff fails to address and/or respond to any of the arguments raised in Vision Solar or Defendants' Motions. In addition, having reviewed the pleadings in this matter, the Court finds that the uncontroverted papers of both parties are sufficient to support the assertions set forth therein.

Accordingly,

**IT IS THEREFORE ORDERED** that Defendant Vision Solar Arizona, LLC's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and Defendants Custom Plumbing of Arizona, LLC, Vincent Hils, and Kim Hils' Motion to Dismiss for Failure to Prosecute (Docs. 20, 34) are **GRANTED**;

**IT IS FURTHER ORDERED** directing the Clerk of Court to grant Defendants Application for Default filed on September 13, 2022 at Doc. 25;

**IT IS FURTHER ORDERED** denying Defendants' Motion for Default Judgment (Doc. 33) as premature and with leave to refile.

Dated this 5th day of December, 2022.

_____
Honorable Michelle H. Burns
United States Magistrate Judge