Ryan D. Bailey, Esq. (No. 036684)
Taylor W. Tondevold, Esq. (No. 032996)
STONE CANYON LAW, PLC
502 S. College Ave., Suite 205
Tempe, Arizona 85281
(480) 447-5357
docs@stonecanyonlaw.com
*Attorney for Defendants / Counterclaimant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Bermudez, | Case No.: 2:22-00475-MHB |
| Plaintiff, | |
| vs. | CUSTOM PLUMBING OF ARIZONA, LLC'S SECOND MOTION FOR DEFAULT JUDGMENT |
| Custom Plumbing of Arizona, LLC, and Arizona Limited Liability Company; Vision Solar Arizona LLC, and Vincent Hils and Kim Hils, a married couple; | |
| Defendants. | |
| Custom Plumbing of Arizona, LLC; | |
| Counterclaimants, | |
| Martin Bermudez, | |
| Counter-Defendant. | |

The Court having granted the Application for Default against Martin Bermudez, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, Counterclaimant Custom Plumbing of Arizona, LLC ("Custom Plumbing" or "Counterclaimant"), by and through

MOTION FOR DEFAULT JUDGMENT - 1

undersigned counsel, move for judgment against Counter-Defendant Martin Bermudez ("Bermudez" or Counter-Defendant"). The entry of Default Judgment submitted herewith is appropriate as Bermudez has failed to reply to Custom Plumbing's counterclaim in this action as required under the Federal Rules of Civil Procedure, Rule 12(a)(1)(B). Bermudez was served via mail and a Certificate of Service was filed July 5, 2022. Custom Plumbing's Application for Default Judgment was granted on December 6, 2022.

Custom Plumbing's claim is for a sum certain and/or a sum for which computation can be made certain, which is the principal sum of $17,806.07 plus post-judgment interest on the foregoing from the date of entry of judgment until paid in full. The damages are broken down as: $17,000 Bermudez embezzled from Custom Plumbing; $1,016.29 for the laptop computer Bermudez refused to return to Custom Plumbing; and $500 in petty cash that Bermudez stole from Custom Plumbing. Subtracted from Custom Plumbing's total damages is the $710.22 final paycheck that was withheld by Custom Plumbing. Proof of the debt is attached as Exhibit 1.

The Judgment submitted herewith is for money only and grants no other form of relief. Submitted herewith is an Affidavit attesting to the amounts due.

For the above-mentioned reasons, Counterclaimant request the Court to enter Default Judgment in the amount of $17,806.07, plus attorney fees and post-judgment interest from the date of entry of judgment until paid in full.

///

RESPECTFULLY SUBMITTED this 2nd day of January 2023.

        STONE CANYON LAW, PLC

/s/ Ryan D. Bailey
Ryan D. Bailey, Esq. (No. 036684)
Taylor W. Tondevold, Esq. (No. 032996)
*Attorney for Plaintiff*

MOTION FOR DEFAULT JUDGMENT - 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2023, I served the above pleading by mail to Martin Bermudez at 3556 W Meadowbrook Ave., Phoenix, Arizona 85019 and emailed to martinjimenez1988@gmail.com. Martin Bermudez is not a registered participant of CM/ECF System.

/s/ Ryan D. Bailey
Ryan D. Bailey, Esq.
*Attorney for Defendants / Counterclaimants*